IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURSCORE RESOURCE CAPITAL, LLC, | |
| Plaintiff, | 2:09-cv-00032-GEB-KJM |
| v. | ORDER |
| NATIONAL CREDIT ACCEPTANCE, INC., and MICHAEL T. SAHLBACH, | |
| Defendants. | |

Plaintiff's motion for a preliminary injunction was heard on March 9, 2009. A Tentative Ruling issued on the motion on March 6, 2009. This Tentative Ruling is adopted as the decision on the motion, and for the reasons stated therein, the motion is denied.

Dated: March 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1